UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| SAGE BROWN, and<br>PATRICIA M. BROWN )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>True & Associates, Ltd.; True )<br>Designs; True Designs, Inc.; )<br>True Innovations, Inc.; True North )<br>Innovations, Inc.; True North )<br>America; True North America, Inc. )<br>True Seating Concepts, Inc. )<br>True Seating Concepts, LLC; )<br>Sam's East, Inc.; Wal-Mart Stores )<br>East, LP.; Wal-Mart Stores, Inc.; & )<br>Tilton & Associates, Ltd. )<br>)<br>    Defendants. ) | Case No. CV412-233 |

## ORDER

The Court **VACATES** its October 11, 2013 Order (doc. 43) granting what it thought was plaintiffs' *unopposed* motion to extend time within which to furnish their expert witness reports (doc. 35). That motion stated: "The Wal-Mart Defendants do not oppose this motion." Doc. 35 at 2. After the Court filed its Order, the Wal-Mart defendants filed an opposition brief insisting that they "*do* object to the motion as it

was filed. . . ." Doc. 44 at 4 (emphasis original). The Court will hear from the plaintiffs within 7 days of the date this Order is served.

**SO ORDERED**, this 14th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA