# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

SAGE BROWN, and
PATRICIA M. BROWN                   )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )       Case No. CV412-233
                                    )
True & Associates, Ltd.; True       )
Designs; True Designs, Inc.;        )
True Innovations, Inc.; True North  )
Innovations, Inc.; True North       )
America; True North America, Inc.   )
True Seating Concepts, Inc.         )
True Seating Concepts, LLC;         )
Sam's East, Inc.; Wal-Mart Stores   )
East, LP.; Wal-Mart Stores, Inc.; & )
Tilton & Associates, Ltd.           )
                                    )
        Defendants.                 )

## **ORDER**

The Court **VACATES** its October 11, 2013 Order (doc. 43) granting what it thought was plaintiffs' *unopposed* motion to extend time within which to furnish their expert witness reports (doc. 35). That motion stated: "The Wal-Mart Defendants do not oppose this motion." Doc. 35 at 2. After the Court filed its Order, the Wal-Mart defendants filed an opposition brief insisting that they "*do* object to the motion as it

was filed. . . ." Doc. 44 at 4 (emphasis original). The Court will hear from the plaintiffs within 7 days of the date this Order is served.

**SO ORDERED**, this 14th day of October, 2013.

_____

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA