UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SAGE BROWN and PATRICIA M. BROWN,

    Plaintiffs,

v.

TRUE & ASSOCIATES, LTD; TRUE DESIGNS, INC; TRUE INNOVATIONS, INC., TRUE NORTH AMERICA; TRUE NORTH AMERICA, INC.; TRUE SEATING CONCEPTS, INC.; and TRUE SEATING CONCEPTS, LLC,

    Defendants,

CASE NO. 4:12cv-0233

## ORDER

Pursuant to the motion filed by the plaintiffs with supporting documents asking for a stay in the above proceedings, it appears that the pro se plaintiff has severe health issues. The court grants a stay in the proceeding until February 4, 2015.

**SO ORDERED** this 3 day of November, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia