IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAGE BROWN and PATRICIA M. BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO: 4:12-CV-00233 |
| ) | |
| True & Associates, LTD; True Designs; True ) | |
| Designs, Inc.; True Innovations, Inc.; True North ) | |
| Innovations, Inc.; True North America; True ) | |
| North America, Inc.; True Seating Concepts, Inc.; ) | |
| True Seating Concepts, LLC; Sam's East, Inc.; ) | |
| Wal-Mart Stores East, LP.; Wal-Mart Stores, Inc.; ) | |
| and Tilton & Associates, Ltd. ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

Having been informed that Plaintiffs and the attorney for Defendants Sam's East, Inc.; Wal-Mart Stores East, LP.; and Wal-Mart Stores, Inc. do hereby consent to the dismissal of said Defendants from this case with prejudice, and good cause having been shown in Plaintiffs' **CONSENT MOTION TO DISMISS WITH PREJUDICE AS TO THE WAL-MART DEFENDANTS,**

It is **ORDERED** that Plaintiffs' said motion is **GRANTED** and Plaintiffs' claims against said Defendants are hereby **DISMISSED WITH PREJUDICE**, and the Clerk shall remove said Defendants as parties to this case.

SO ORDERED this the ___4___ day of ___Nov___, 2014.

HONORABLE JUDGE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

*Prepared by:*
Sage Brown (Pro Se)
Post Office Box 9991
Savannah, Georgia 31402-9991
Telephone No.: (912) 236-0639
Facsimile No.: (912) 236-0064