# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| SAGE BROWN, and<br>PATRICIA M. BROWN<br><br>Plaintiffs,<br><br>v.<br><br>True & Associates, Ltd.; True<br>Designs; True Designs, Inc.;<br>True Innovations, Inc.; True North<br>Innovations, Inc.; True North<br>America; True North America, Inc.<br>True Seating Concepts, Inc.<br>True Seating Concepts, LLC;<br>Tilton & Associates, Ltd.<br><br>Defendants. | Case No. CV412-233 |

## ORDER

The Court dismissed the Sam's Club and Wal-Mart defendants from this defective-chair case on November 5, 2014. Doc. 76. Since then, there has been no litigation activity, and no indication that any of the remaining defendants have ever been served. Plaintiffs therefore shall, within 14 days of the date this Order is served, show why this case should not be dismissed without prejudice under Fed. R. Civ. P. 4(m) and 41(b); *see also* L.R. 41.1(c). Nothing, of course, prevents plaintiffs from

dismissing this case on their own in the meantime. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

**SO ORDERED**, this 2nd day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA