UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| SAGE BROWN and PATRICIA M. BROWN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. CV412-233 |
| TRUE & ASSOCIATES, LTD.; TRUE DESIGNS; TRUE DESIGNS, INC.; TRUE INNOVATIONS, INC.; TRUE NORTH INNOVATIONS, INC.; TRUE NORTH AMERICA; TRUE NORTH AMERICA, INC.; TRUE SEATING CONCEPTS, INC.; TRUE SEATING CONCEPTS, LLC; TILTON & ASSOCIATES, LTD. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15th day of May, 2015.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA