

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

SAGE BROWN, and )
PATRICIA M. BROWN )
)
Plaintiffs, )
)
v. )
)
True & Associates, Ltd.; True )
Designs; True Designs, Inc.; ) Case No. CV412-233
True Innovations, Inc.; True North )
Innovations, Inc.; True North )
America; True North America, Inc. )
True Seating Concepts, Inc. )
True Seating Concepts, LLC; )
Tilton & Associates, Ltd. )
)
Defendants. )

## REPORT AND RECOMMENDATION

The Court in this defective-chair case dismissed all but defendant Tilton & Associates, Ltd. Docs. 76, 79, 82 & 83. Plaintiffs had obtained entry of default against Tilton, doc. 59, but failed to pursue default judgment under Fed. R. Civ. P. 55. So, the Court directed them to do so within 21 days. Doc. 79 at 3-4. They have failed to comply. Accordingly, their case should be **DISMISSED WITH PREJUDICE** and closed. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any

Court order); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 21st day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA