UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SAGE BROWN, and <br> PATRICIA M. BROWN <br><br> Plaintiffs, <br><br> v. <br><br> True & Associates, Ltd.; True <br> Designs; True Designs, Inc.; <br> True Innovations, Inc.; True North <br> Innovations, Inc.; True North <br> America; True North America, Inc. <br> True Seating Concepts, Inc. <br> True Seating Concepts, LLC; <br> Tilton & Associates, Ltd., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. CV412-233 |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 84, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED**.

ORDER ENTERED at Augusta, Georgia, this 10th day of August, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA